IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHIEDU JOHN OBI | § | |
| V. | § | CIVIL ACTION NO. 9:04CV277 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Petitioner take nothing by his suit and that the same is **DISMISSED** without prejudice.

**SIGNED** this the **30** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge